No. 04–6851. MARSHALL v. MEDICOMP, INC. Ct. App. Miss. Certiorari denied.

No. 04–6853. SPRINGFIELD v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6907. HELTON v. MCADORY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–6916. GRAVES v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–6939. STOCKMEIER v. SANDOVAL, ATTORNEY GENERAL OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 04–6948. MARIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–6982. STEWART v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 04–6990. TRAVERSO v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 04–6993. WILLIAMS v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C. Certiorari denied.

No. 04–6994. CARTER v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7001. BELTON v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 04–7027. COLON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7052. GLASKER v. TRANSAMERICA FINANCIAL SERVICES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7068. SERRATO-ESPINOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.